

# Notice of Service of Process

**KSB / ALL**
**Transmittal Number: 27484288**
**Date Processed: 08/17/2023**

| | |
|---|---|
| **Primary Contact:** | State Farm Enterprise SOP<br>Corporation Service Company- Wilmington, DELAWARE<br>251 Little Falls Dr<br>Wilmington, DE 19808-1674 |
| **Entity:** | State Farm Fire and Casualty Company<br>Entity ID Number 3461650 |
| **Entity Served:** | State Farm Fire and Casualty Company |
| **Title of Action:** | Stephen Pourciau vs. State Farm Fire and Casualty Company |
| **Matter Name/ID:** | Stephen Pourciau vs. State Farm Fire and Casualty Company (14483325) |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Livingston Parish District Court, LA |
| **Case/Reference No:** | C-178523 E |
| **Jurisdiction Served:** | Louisiana |
| **Date Served on CSC:** | 08/17/2023 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | Secretary Of State |
| **How Served:** | Certified Mail |
| **Sender Information:** | Hair Shunnarah Trial Attorneys, LLC d/b/a Insurance Claim HQ d/b/a Insurance Claim Lawyers, Inc.<br>504-684-5200 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

# State of Louisiana
## Secretary of State

08/16/2023

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

STATE FARM FIRE & CASUALTY COMPANY
STATE FARM INSURANCE COMPANIES
C/O CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802-5921

Suit No.: 178523
21ST JUDICIAL DISTRICT COURT
LIVINGSTON PARISH

STEPHEN POURCIAU
vs
STATE FARM FIRE AND CASUALTY COMPANY

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on: R. KYLE ARDOIN
Mailed by: THOMAS L. MYERS

Date: 08/15/2023
Title: ATTORNEY

No: 1295547

DB

## CITATION
## PETITION FOR DAMAGES AND DEMAND FOR JURY TRIAL

**POURCIAU, STEPHEN**

Vs.

**STATE FARM FIRE AND CASUALTY COMPANY**



Case: 000000178523
Division: E
21ˢᵗ Judicial District Court
Parish of Livingston
SERVI**State** of Louisiana
R. KYLE ARDOIN

AUG 15 2023

To: STATE FARM FIRE AND CASUALTY COMPANY
THRU REGISTERED AGENT: SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LA 70809

SECRETARY OF STATE
COMMERCIAL DIVISION

of EAST BATON ROUGE Parish

***YOU ARE HEREBY SUMMONED*** *to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, the 21ˢᵗ Judicial District Court in and for the Parish of Livingston, State of Louisiana, within TWENTY-ONE (21) days after the service hereof, under penalty of default.*

***WITNESS MY HAND AND SEAL OF OFFICE AT LIVINGSTON, LOUISIANA, ON JUNE 19, 2023.***

*Clerk of Court*
*21ˢᵗ Judicial District*
*Parish of Livingston*

**R. SULLIVAN**
*Deputy Clerk of Court*

*Attorney*
THOMAS L. MYERS
3540 . I-10 SERV. RD. W., STE. 300
METAIRIE, LOUISIANA 70001

### Service Information

*Received on the _____ day of _____, 20___ and on the _____ day of _____, 20___ served the above named party as follows:*

**Personal Service** *on the party herein named _____*
**Domiciliary Service** *on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.*

DUE & DILIGENT UNABLE TO SERVE BECAUSE: _____

Returned:
Parish of _____ this _____ day of _____, 20__

Service      $_____
                                By: _____
Mileage      $_____          *Deputy Sheriff*

Total        $_____

[ SERVICE ]

Livingston
JASON B. HARRIS
Carey Anthony
Suit# C-178523 E
E-Filed on: 6/15/23 01:21 PM
Filed on: 6/15/23 01:32 PM
# of Pages:7

Service

**CIVIL**

## 21st JUDICIAL DISTRICT COURT FOR THE PARISH OF LIVINGSTON
## STATE OF LOUISIANA

NO. 178523    DIV. E

### STEPHEN POURCIAU
### VERSUS
### STATE FARM FIRE AND CASUALTY COMPANY

FILED: _____    _____
                              DEPUTY CLERK

### PETITION FOR DAMAGES AND DEMAND FOR JURY TRIAL

NOW INTO COURT, through undersigned counsel, comes Petitioner, Stephen Pourciau (hereinafter "Petitioner"), and files his Petition for Damages and Demand for Jury Trial against Defendant, State Farm Fire and Casualty Company (hereinafter "State Farm"), respectfully averring as follows:

### I. PARTIES

**1.**

Made Petitioner herein is **STEPHEN POURCIAU**, a person of the full age of majority and resident of the Parish of Livingston, State of Louisiana.

**2.**

Made Defendant herein is **STATE FARM FIRE AND CASUALTY COMPANY** ("STATE FARM"), an insurer domiciled in Louisiana who is authorized to do and is doing business in the State of Louisiana and the Parish of Livingston, which may be served through its Registered Agent for Service of Process, the Louisiana Secretary of State.

### II. JURISDICTION AND VENUE

**3.**

Jurisdiction is proper in this Honorable Court pursuant to Louisiana Code of Civil Procedure, Article 2.

**4.**

Venue is proper in this Honorable Court pursuant to Louisiana Code of Civil Procedure, Article 76.

E-FILED

### III. RELEVANT FACTS

5.

At all times relevant hereto, Petitioner owned the property located at 22917 Atchafalaya Drive, Denham Springs, Louisiana 70726 (hereinafter the "Property").

6.

At all times relevant hereto, State Farm provided a policy of insurance, number 18BKN6333 (hereinafter the "Policy"), to Petitioner which covered the Property against perils including wind and hail, and provided the following coverages: $195,200.00 for Dwelling; $19,520.00 for Other Structures; *inter alia*.

7.

On or about June 15, 2021, a wind and hailstorm caused damages to Petitioner's Property.

8.

Petitioner reported the loss to State Farm who assigned it claim number 1823T187K (hereinafter the "Claim").

9.

On or about September 9, 2021, State Farm dispatched Johnny Womack to inspect the Property on its behalf. Mr. Womack documented a mere $5,419.82 in damages to the Dwelling, but after over depreciating the loss and applying the Policy's deductible, Petitioner was allowed nothing for his covered loss.

10.

State Farm's inspection of the Property constituted satisfactory proof of loss, as that term is used in conjunction with Louisiana's bad faith statutes, La. R.S. §§ 22:1892 and 22:1973.

11.

As no insurance proceeds were forthcoming, Petitioner retained Exact Building Consultants (hereinafter "EBC") to inspect the Property on his behalf. EBC inspected on or around April 20, 2023, and documented $43,159.11 in damages to the Dwelling.

12.

The EBC estimate and photographs were subsequently forwarded to State Farm.

13.

This submission constituted satisfactory proof of loss, as that term is used in conjunction with Louisiana's bad faith statutes, La R.S. §§ 22:1892 and 22:1973.

14.

To date, State Farm has never compensated Petitioner for his substantial, covered losses.

16.

As a result of State Farm's failure to timely and adequately compensate Petitioner for his covered losses, Petitioner has not been able to restore the Property to its pre-loss condition and has been forced to incur the expense of retaining counsel and other expenses to prosecute his claim.

17.

Upon information and belief, State Farm's failure to timely and adequately compensate Petitioner for his loss, after receiving satisfactory proof of loss, was purposeful or at least negligent.

18.

Upon information and belief, State Farm purposely and/or negligently misrepresented to Petitioner the terms and conditions of the Policy.

19.

Upon information and belief, State Farm conducted the investigation and claims handling for Petitioner's claims in bad faith, as that term is used in conjunction with Louisiana's bad faith statutes, La R.S. §§ 22:1892 and 22:1973.

20.

Petitioner has incurred or will incur additional expenses in repairing the Property as a result of State Farm's failure to timely compensate him for his substantial and covered losses.

### IV. CAUSES OF ACTION

#### A. Breach of the Insurance Contract

21.

Petitioner realleges and re-avers the allegations contained in paragraphs 1-20, above, as if restated herein.

22.

An insurance contract, the Policy, exists between Petitioner and State Farm.

23.

The Policy provides coverage for perils including wind and hailstorms.

24.

Despite having received satisfactory proof of loss for damages caused by the June 15, 2021, wind and hailstorm, State Farm failed to timely tender adequate insurance proceeds as required by the Policy.

25.

By failing to timely tender adequate insurance proceeds after having received satisfactory proofs of covered loss by way of the State Farm's inspection, State Farm breached the Policy.

26.

By failing to timely tender undisputed insurance proceeds after having received satisfactory proof of a covered loss by way of EBC's estimate and photographs, State Farm breached the Policy.

27.

By purposely and/or negligently misrepresenting to Petitioner the terms and conditions of the Policy, State Farm breached the Policy.

28.

By failing to conduct the claims handling for Petitioner's Ida Claim in good faith and with fair dealing, State Farm breached the Policy.

29.

Petitioner has suffered and continues to suffer damages as a result of these breaches of the Policy.

**B. Bad Faith**

30.

Petitioner realleges and re-avers the allegations contained in Paragraphs 1-29, above, as if restated herein.

31.

The actions and/or inactions of State Farm in failing to timely and adequately compensate Petitioner for the covered losses under the Policy were arbitrary, capricious, and without probable cause—as those terms are used in conjunction with La. R.S. §§ 22:1892 and 22:1973, making State Farm liable for statutory bad faith penalties.

32.

Under La. R.S. § 22:1973, an insurer owes a good faith duty and fair dealing to an insured and has an affirmative duty to adjust claims fairly and promptly; failing to pay a claim in a manner arbitrary, capricious or without probable cause is in violation of La. R.S. § 22:1973.

33.

"[F]ailing to pay the amount of any claim due any person insured by the contract within sixty days after receipt of satisfactory proof of loss from the claimant when such failure is arbitrary, capricious, or without probable cause" is considered "bad faith" and is in violation of La. R.S. § 22:1973.

34.

La. R.S. § 22:1892 imposes bad faith penalties on insurers who fail to adequately pay claims following satisfactory proof of loss within thirty (30) days.

35.

State Farm is in violation of La. R.S. §§ 22:1973 and 22:1892 for failing to provide Petitioner adequate payment in connection with his claims, despite having received satisfactory proof of loss following its own inspection of the Property and following its receipt of independent proof of loss by way of the EBC estimate and photographs.

36.

State Farm's misrepresentation of the relevant facts and/or the terms of the Policy was in bad faith.

37.

State Farm's failure to pay timely for damages it knew, or should have known, existed at the time of the initial adjustment of the relevant claims was in bad faith.

38.

State Farm's failure to pay timely for damages it knew, or should have known, existed at the time it received the EBC estimate and photographs was in bad faith.

39.

State Farm's handling of Petitioner's claims was in bad faith.

## V. DAMAGES

40.

Petitioner realleges and re-avers the allegations contained in Paragraphs 1-39, above, as if restated herein.

41.

As a result of State Farm's breaches of contract, bad faith claims adjusting, and other bad acts, Petitioner has incurred the following, non-exclusive damages:

a. Diminution of the value of the Property;

b. Actual repair costs;

c. Reimbursement for personal repairs at the Property;

d. Actual costs related to personal property manipulation, cleaning, repair, and/or replacement;

e. Additional living expenses;

f. Mental anguish;

g. Penalties delineated in La. R.S. §§ 22:1892 and 22:1973; and

h. Attorney's fees, other professional fees, and litigation costs associated with the bringing of this action.

## VI. JURY DEMAND

42.

Petitioner requests a trial by jury.

## VII. PRAYER FOR RELIEF

43.

WHEREFORE, Petitioner, Stephen Pourciau, prays that, Defendant, State Farm Fire and Casualty Company, be served with a copy of this Petition and be duly cited to appear and answer the allegations contained therein, and that after expiration of all legal delays and proper legal proceedings, there be a judgment entered in favor of Petitioner, Stephen Pourciau, and against Defendant, State Farm Fire and Casualty Company, in an amount that will fully and fairly compensate Petitioner pursuant to the evidence and in accordance with the law, all sums with legal interest thereon, from the date of judicial demand until fully paid, for all costs of these proceedings, and for all general and equitable relief.

**RESPECTFULLY SUBMITTED:**

_____
Thomas L. Myers, La. Bar No. 37815
Galen M. Hair, La. Bar. No. 32865
**HAIR SHUNNARAH
TRIAL ATTORNEYS, LLC.**
d/b/a **INSURANCE CLAIM HQ**
d/b/a **INSURANCE CLAIM
LAWYERS, INC.**
3540 S. I-10 Serv. Rd., W., Ste. 300
Metairie, Louisiana 70001
Telephone: 504.684.5200
Facsimile: 504.613.6351
tmyers@hairshunnarah.com
hair@hairshunnarah.com

**PLEASE SERVE:**

State Farm Fire and Casualty Company
*Through its Registered Agent of Service of Process:*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

R. KYLE ARDOIN
CRETARY OF STATE
P.O. BOX 94125
N ROUGE, LA 70804-9125





9489 0090 0027 6533 0296 51

STATE FARM FIRE & CASUALTY COMPANY
STATE FARM INSURANCE COMPANIES
C/O CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802-5921

US POSTAGE — PITNEY BOWES
FIRST CLASS
ZIP 70802  $014.80⁰
02 4W
0000382746 AUG. 16. 2023